UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                Case No. 09-cr-172-PB

**Celestino Nieves-Vasquez**

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for January 5, 2010, citing the need for additional time to negotiate a plea agreement or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 5, 2010 to March 2, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court December 21, 2009 final pretrial conference is continued to February 16, 2010 at 4:00 p.m.

No further continuances.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

December 18, 2009

cc:  Jeffrey S. Levin, Esq.
     Debra M. Walsh, Esq.
     United States Probation
     United States Marshal